## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Industry Xperience, LLC
                         Plaintiff,

v.
                                                  Case No.: 1:19–cv–06724
                                                  Honorable Jorge L. Alonso

The Dance Xperience
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 11, 2019:

      MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held. Plaintiff's motions to appear pro hac vice [17] and [18] are granted. Attorneys Rachel Smoot and Amanda Wilcox are given leave to file appearance forms. Parties MIDP disclosures shall be served by 12/20/20. All fact discovery shall be noticed in time to be completed by 4/3/20. This case is referred to the magistrate judge for discovery supervision, with authority to set and extend deadlines, and a settlement conference. No further status hearing in front of the District Judge will be set until discovery is closed. Notice mailed by judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.