UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
GENERAL ORDER 20-0006

It appearing that Beth W. Jantz has been appointed as a United States Magistrate Judge for the Northern District of Illinois with a duty station in Chicago, Illinois effective February 10, 2020; and

It further appearing that Internal Operating Procedure 17 provides for the creation of an initial calendar for a newly appointed magistrate judge; therefore

It is hereby ordered that the attached list of civil consent cases and civil referrals are hereby reassigned to form the initial calendar of the Honorable Beth W. Jantz; and

It is further ordered that, unless otherwise ordered by Magistrate Judge Jantz, all hearing dates, deadlines, and schedules set by the Magistrate Judges in the attached list of cases are to remain in effect.

ENTER:

FOR THE COURT

Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 10th day of February 2020

1

**Civil Consent Cases Reassigned to Magistrate Judge Jantz from Magistrate Judge Cole**

| | |
|---|---|
| 1:19-cv-02571 | Coyote Logistics, LLC v. Gilardo Jimenez et al |
| 1:19-cv-03603 | New England Speed Factory, LLC v. Snap-On Credit, LLC et al |
| 1:19-cv-04109 | Lewis v. Saul |
| 1:19-cv-06844 | Baranowska v. Intertek Testing Services NA, Inc. |

**Civil Consent Cases Reassigned to Magistrate Judge Jantz from Magistrate Judge Cox**

| | |
|---|---|
| 1:18-cv-07453 | Casken v. Saul |
| 1:19-cv-01758 | Wells v. Saul |
| 1:19-cv-02911 | Acevedo v. Saul |
| 1:19-cv-05488 | Clarson et al v. Scorpio Excavating, Inc. et al |

**Civil Consent Cases Reassigned to Magistrate Jantz from Magistrate Judge Cummings**

| | |
|---|---|
| 1:18-cv-00116 | Faulkner-Starks v. K&B Transportation, Inc. et al |
| 1:19-cv-00201 | Jones v. Saul |
| 1:19-cv-02030 | Campbell v. Saul |
| 1:19-cv-03496 | Ortizquinones v. Saul |

**Civil Consent Cases Reassigned to Magistrate Judge Jantz from Magistrate Judge Finnegan**

| | |
|---|---|
| 1:18-cv-05010 | Silver Betty, Inc. v. Technology Training Systems, Inc. et al |
| 1:19-cv-00072 | Brandt v. Saul |
| 1:19-cv-02361 | Dinkha v. Saul |
| 1:19-cv-03866 | Weber v. Saul |

**Civil Consent Cases Reassigned to Magistrate Judge Jantz from Magistrate Judge Fuentes**

| | |
|---|---|
| 1:19-cv-04545 | Stewart v. Saul |
| 1:19-cv-04852 | Penny v. Saul |
| 1:19-cv-05896 | Brown v. Saul |
| 1:19-cv-07715 | Ceramic Tile Institute Welfare Plan v. Iconic Finishes, LLC |

**Civil Consent Cases Reassigned to Magistrate Judge Jantz from Magistrate Judge Gilbert**

| | |
|---|---|
| 1:18-cv-07316 | Kelly v. Saul |
| 1:19-cv-00067 | Walker v. Saul |
| 1:19-cv-02183 | Nelson v. Manor Care of Homewood, IL, LLC |
| 1:19-cv-04822 | Garland v. Saul |

**Civil Consent Cases Reassigned to Magistrate Judge Jantz from Magistrate Judge Harjani**

| | |
|---|---|
| 1:19-cv-00365 | Patterson v. Saul |
| 1:19-cv-01199 | Singleton v. Saul |
| 1:19-cv-02687 | Langer v. Saul |
| 1:19-cv-05216 | Williams, administrator of the estate of Pamela Williams v. HCR MANORCARE INC |

**Civil Consent Cases Reassigned to Magistrate Judge Jantz from Magistrate Judge Kim**

| | |
|---|---|
| 1:19-cv-00367 | English v. Saul |
| 1:19-cv-01525 | Pool v. Saul |
| 1:19-cv-01301 | Aqrabawi v. Saul |
| 1:19-cv-02663 | Mustelier v. Saul |

**Civil Consent Cases Reassigned to Magistrate Judge Jantz from Magistrate Judge Schenkier**

| | |
|---|---|
| 1:18-cv-00980 | Hunter et al v. Wirelesspcs Chicago LLC et al |
| 1:19-cv-00566 | Lux v. Saul |
| 1:19-cv-02600 | Trampf, v. Saul |
| 1:19-cv-04263 | Williams v. Saul |

**Civil Consent Cases Reassigned to Magistrate Judge Jantz from Magistrate Judge Valdez**

| | |
|---|---|
| 1:17-cv-02832 | Jackson v. Saul |
| 1:18-cv-03956 | Skupien v. Saul |
| 1:18-cv-08150 | Pellicano v. Walsh Construction Company |
| 1:19-cv-04439 | Alborov v. Saul |

**Civil Consent Cases Reassigned to Magistrate Judge Jantz from Magistrate Judge Weisman**

| | |
|---|---|
| 1:18-cv-01882 | DeGarcia et al v. Oeltjenbruns et al |
| 1:18-cv-02428 | Cilliers et al v. Cobalt Holdings, Inc. |
| 1:19-cv-02749 | Williams v. Village of Bensenville et al |
| 1:19-cv-06410 | Lorel Condominium Association, Inc. v. CSX Transportation |

**Civil Referral Cases Reassigned to Magistrate Judge Jantz from Magistrate Judge Cole**

| | | |
|---|---|---|
| 1:17-cv-07304 | Dixon v. Obaisi | Alonso |
| 1:17-cv-09025 | Woods v. Dart | Durkin |
| 1:18-cv-05711 | Jackson-El v. City of Markham IL | Tharp |
| 1:18-cv-07157 | Cordero v. Cook County | Chang |
| 1:19-cv-03108 | McConico v. Battaglia Distributing Corp. Inc. | Guzman |
| 1:19-cv-05342 | Williams v. Servis One, Inc. d/b/a BSI Financial Services | Kendall |
| 1:19-cv-06936 | Pottentia, LLC v. Prairie State Impressions, L.L.C. | Lefkow |

**Civil Referral Cases Reassigned to Magistrate Judge Jantz from Magistrate Judge Cox**

| | | |
|---|---|---|
| 1:18-cv-04478 | Franklin v. Whitfield | Shah |
| 1:18-cv-01649 | Barnes v. Cook County Health Hospital Systems | Pacold |
| 1:18-cv-07325 | Fermaint v. Planet Home Lending, LLC | Tharp |
| 1:19-cv-01439 | Doe v. Gazaway | Lee |
| 1:19-cv-02858 | Exegy Incorporated v. Activ Financial Systems, Inc. | Tharp |
| 1:19-cv-04114 | Laborers' Pension Fund v. Abari Construction, Inc. | Pacold |
| 1:19-cv-06208 | Groebli v. Crab Boil 59, Inc | Kocoras |

**Civil Referral Cases Reassigned to Magistrate Judge Jantz from Magistrate Judge Cummings**

| | | |
|---|---|---|
| 1:15-cv-03125 | Shultz v. Landi | Bucklo |
| 1:17-cv-01682 | Belcastro v. United Airlines, Inc. | Wood |
| 1:18-cv-02502 | Morris v. Hristov | Rowland |
| 1:18-cv-06822 | Harer v. City of Crest Hill | Gettleman |
| 1:18-cv-02387 | Bhatia v. Vaswani | Dow |
| 1:19-cv-02591 | Daniel v. Dart | Pacold |
| 1:19-cv-04966 | Cheema v. Panera, LLC | Tharp |

**Civil Referral Cases Reassigned to Magistrate Judge Jantz from Magistrate Judge Finnegan**

| | | |
|---|---|---|
| 1:17-cv-04229 | Chatz v. World Wide Wagering, Inc. | Tharp |
| 1:17-cv-07931 | Scalia v. AEU Benefits, LLC | Lefkow |
|     1:18-cv-00108 | Black Wolf Consulting, Inc. v. AEU Benefits, LLC et al | |
|     1:18-cv-08158 | Receivership Management, Inc. v. Locke Lord LLP | |
|     1:18-cv-08167 | Receivership Management, Inc. As Independent Fiduciary v. AEU Holdings, LLC et al | |
|     1:19-cv-01385 | Receivership Management, Inc. as Independent Fiduciary v. A.J. Corso & Associates, Inc. et al | |
| 1:18-cv-06481 | Salley v. Hapanioek | Gettleman |
| 1:18-cv-07151 | Rice v. National Beverage Corporation d/b/a LaCroix Sparkling Waters | Pacold |
| 1:19-cv-02204 | Jakes v. Boudreau | Shah |
| 1:19-cv-02465 | Media Bank, LLC v. SCOTTeVEST, INC. | Seeger |
| 1:19-cv-05349 | Cooper v. Dart | Feinerman |

**Civil Referral Cases Reassigned to Magistrate Judge Jantz from Magistrate Judge Fuentes**

| | | |
|---|---|---|
| 1:17-cv-08633 | Outley v. City Of Chicago | Feinerman |
| 1:18-cv-07563 | Miles-Cacella v. International Fellowship of Christians and Jews | Pacold |
| 1:18-cv-07008 | Cantrell v. Cook County | Pacold |
| 1:19-cv-03763 | Scooter's Coffee, LLC v. Scooter's Frozen Custard, LLC | Tharp |
| 1:19-cv-05258 | Burns v. The Sherwin-Williams Company | Seeger |
| 1:19-cv-06610 | McDonnell v. Argonne National Laboratory | Aspen |
| 1:19-cv-06724 | Industry Xperience, LLC v. The Dance Xperience | Alonso |

**Civil Referral Cases Reassigned to Magistrate Judge Jantz from Magistrate Judge Gilbert**

| | | |
|---|---|---|
| 1:16-cv-11555 | Herbster v. 3550 Condominium Association | Seeger |
| 1:18-cv-00601 | Teague v. Healthcare Development Partners, LLC | Aspen |
| 1:18-cv-05776 | Ridley v. Wexford Health Sources, Inc. | Coleman |
| 1:18-cv-07553 | Ace American Insurance Company v. JTM Electrical Contractors, Inc. | Seeger |
| 1:19-cv-00660 | Learning Resources, Inc. v. Playgo Toys Enterprises Ltd. | Pacold |
| 1:19-cv-03606 | Mitchell v. Anderson | Pacold |
| 1:19-cv-05231 | Camacho v. Aircraft Service International, Inc. | Blakey |

**Civil Referral Cases Reassigned to Magistrate Judge Jantz from Magistrate Judge Harjani**

| | | |
|---|---|---|
| 1:17-cv-05272 | Lewis v. Wexford Health Sources Inc. | Pacold |
| 1:18-cv-05896 | Las Cola v. SSC Westchester Operating Company LLC | Pacold |
| 1:19-cv-00699 | Muller v. Huber | Feinerman |
| 1:19-cv-02995 | Hall v. Dart | Ellis |
| 1:19-cv-04036 | Pacific Construction Services, Inc. v. Stone City Ironworks, Inc. | Coleman |
| 1:19-cv-04919 | McClure v. Illinois Housing Development Authority | Guzman |
| 1:19-cv-06823 | Kasalo v. United Recovery Service, LLC | Lee |

**Civil Referral Cases Reassigned to Magistrate Judge Jantz from Magistrate Judge Kim**

| | | |
|---|---|---|
| 1:17-cv-01551 | Nally Jr. v. Obaisi | Coleman |
| 1:17-cv-08318 | Fair Isaac Corporation v. Trans Union LLC | Coleman |
| 1:18-cv-03821 | Lempa v. Sandoz Inc. | Chang |
| 1:18-cv-05522 | Williams v. Molina Healthcare, Inc. | Alonso |
| 1:18-cv-06222 | Xavian Insurance Company v. Boeing Capital Corporation | Durkin |
| 1:18-cv-07959 | Brown v. C.O. Mrs. Stemper | Seeger |
| 1:19-cv-02066 | Johnson v. Bosman Trucking, Inc., an Illinois Corporation | Gettleman |

**Civil Referral Cases Reassigned to Magistrate Judge Jantz from Magistrate Judge Schenkier**

| | | |
|---|---|---|
| 1:16-cv-08074 | Khan v. One West Bank F.S.B | Pacold |
| 1:17-cv-05320 | Central States, Southeast and Southwest Areas Pension Fund v. F.C.J. Properties, Inc. et al | Seeger |
| 1:17-cv-08067 | Gress v. Regional Transportation Authority | Pacold |
| 1:18-cv-05272 | English v. SEIU Local 73 | Alonso |
| 1:19-cv-00849 | Chrostek v. Chicago Park District | Seeger |
| 1:19-cv-02391 | Cantone v. Gabler Thermoform GMBH & Co. KG | Gettleman |
| 1:19-cv-04193 | Evanston Insurance Company v. Metropolitan Water Reclamation District of Greater Chicago et al | Dow |

**Civil Referral Cases Reassigned to Magistrate Judge Jantz from Magistrate Judge Valdez**

| Case Number | Case Name | Judge |
|---|---|---|
| 1:17-cv-01900 | Allen v. Williams | Bucklo |
| 1:17-cv-06452 | Israel v. Bucon | Norgle |
| 1:18-cv-02759 | Loizon v. Evans | Lee |
| 1:18-cv-05242 | Louden Jr v. Carter | Alonso |
| 1:18-cv-07697 | Johnsos v. Fanning Howey Associates, Inc. | Wood |
| 1:19-cv-04789 | Monteleone v. Village of Carpentersville | Pacold |
| 1:19-cv-06961 | Mills v. Midwest Gaming and Entertainment, LLC D/B/A Rivers | Ellis |

**Civil Referral Cases Reassigned to Magistrate Judge Jantz from Magistrate Judge Weisman**

| Case Number | Case Name | Judge |
|---|---|---|
| 1:16-cv-10510 | City of St. Clair Shores Police and Fire Retirement v. The Allstate Corporation | Gettleman |
| 1:17-cv-07488 | Gordon v. Baldwin | Seeger |
| 1:18-cv-02624 | Gray v. City of Chicago | Lee |
| 1:18-cv-04659 | Lindsay v. County of Cook | Gettleman |
| 1:18-cv-05949 | Central States, Southeast and Southwest Areas Pens v. Davis Sand & Gravel, Inc. | Bucklo |
| 1:18-cv-07885 | Jokich v. Rush University Medical Center | Lefkow |
| 1:19-cv-02170 | Debets v. Boeing Co., The | Alonso |