# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Industry Xperience, LLC

                    Plaintiff,

v.

                                            Case No.: 1:19–cv–06724
                                              Honorable Jorge L. Alonso

The Dance Xperience

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 13, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Upon review of the parties' joint status report, the Court adopts the parties' joint request that the Court continue the May 14, 2020 to May 22, 2020 at 10:00 a.m. The status hearing on May 22 be stricken if the parties submit a motion to dismiss the matter with prejudice before that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.